No. 70–5050.  BRICKHOUSE v. SLAYTON, PENITENTIARY SUPERINTENDENT.  Sup. Ct. Va.

No. 70–5051.  JACKSON v. ALABAMA.  Sup. Ct. Ala.

No. 70–5054.  BRYSON v. OHIO.  Sup. Ct. Ohio.

No. 70–5062.  CUNNINGHAM v. WARDEN, MARYLAND PENITENTIARY.  Ct. App. Md.

No. 70–5065.  MILLER v. GEORGIA.  Sup. Ct. Ga.

No. 70–5066.  WILLIAMS v. SMITH, WARDEN.  C. A. 5th Cir.

No. 70–5067.  MORALES v. TEXAS.  Ct. Crim. App. Tex.

No. 70–5069.  McKENZIE v. TEXAS.  Ct. Crim. App. Tex.

No. 70–5070.  ANDERSON v. FLORIDA.  Sup. Ct. Fla.

No. 70–5079.  HENDERSON v. GEORGIA.  Sup. Ct. Ga.

No. 70–5084.  MOREHEAD v. OHIO.  Sup. Ct. Ohio.

No. 70–5221.  STATEN v. OHIO.  Sup. Ct. Ohio.

No. 70–5326.  ARRINGTON v. MARYLAND.  C. A. 4th Cir.

No. 70–5394.  BROWN v. FLORIDA.  Sup. Ct. Fla.

No. 70–5400.  WILLIAMS v. KENTUCKY.  Ct. App. Ky.

No. 71–5008.  BARTHOLOMEY v. MARYLAND.  Ct. App. Md.

No. 71–5114.  SQUARE v. LOUISIANA.  Sup. Ct. La.